IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARYL B. BALDWIN, JR., | § | |
| | § | No. 263, 2019 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1011012770 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 2, 2019
Decided: August 9, 2019

### ORDER

On July 15, 2019, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal from his sentence for a violation of probation should not be dismissed as untimely. The appellant received the notice to show cause by July 22, 2019, but failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice